## 32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

## STATE OF LOUISIANA

NO. 183463                                                           DIVISION "C"

### LORI SIMS

### VERSUS

### FAMILY DOLLAR STORES OF LOUISIANA, INC. d/b/a FAMILY DOLLAR

FILED:_____                         _____
                                                                        DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **LORI SIMS**, a person of the full age of majority and resident of the Parish of Terrebonne, State of Louisiana, with respect represents that:

I.

Made Defendant herein are:

**FAMILY DOLLAR STORES OF LOUISIANA, INC. d/b/a FAMILY DOLLAR**, a domestic company authorized to do and doing business in the State of Louisiana.

II.

Defendant herein are jointly and *in solido* liable and indebted unto petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, loss of past and future earnings, loss of future earning capacity, past and future loss of enjoyment of life, permanent disability to the body, loss of consortium, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **August 29, 2017**, an accident occurred in the Parish of Terrebonne, State of Louisiana, where Petitioner, **LORI SIMS**, was walking through **FAMILY DOLLAR STORES OF LOUISIANA, INC. d/b/a FAMILY DOLLAR**, located at 5801 West Park Avenue, Houma, Louisiana, said property is owned and operated by **FAMILY DOLLAR STORES OF**

**JUAN W. PICKETT**
**JUDGE, DIVISION C**



LOUISIANA, INC. d/b/a FAMILY DOLLAR, when suddenly and without warning LORI SIMS fell violently to the ground, slipping on an unmarked liquid substance.

IV.

As a result of the above referenced accident and negligence of the defendant; Petitioner, LORI SIMS, was injured and is entitled to recover such damages as are reasonable in the premises.

V.

Petitioner was not at fault nor was she contributorily negligent. Her injuries were caused solely by the fault, negligence and liability of the defendant, FAMILY DOLLAR STORES OF LOUISIANA, INC. d/b/a FAMILY DOLLAR, in the following particulars:

a) Failure to maintain a reasonably safe place for visitors and residents;

b) Failure to take necessary measures to protect the safety of visitors and residents;

c) Failure to properly maintain, inspect and supervise premises;

d) Failure to warn visitors and residents of the dangerous nature of the premises;

e) Failure to take steps to avoid this incident; and

f) Such other acts of negligence as will be shown at trial.

VI.

Upon information and belief, it is alleged that at all times material hereto, FAMILY DOLLAR STORES OF LOUISIANA, INC. d/b/a FAMILY DOLLAR is a self insured company and therefore, provided a policy of liability insurance to FAMILY DOLLAR STORES OF LOUISIANA, INC. d/b/a FAMILY DOLLAR, on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said defendant liable in solido unto Petitioner.

VII.

Petitioner pleads the doctrine of strict liability.

VIII.

Petitioner pleads the doctrine of res ipsa loquitur.

**WHEREFORE,** Petitioner prays that the defendant be duly cited and served with a copy of this petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendant, **FAMILY DOLLAR STORES OF LOUISIANA,**

INC. d/b/a FAMILY DOLLAR, jointly and *in solido* in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past, present, and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, past and future loss of enjoyment of life, loss of consortium, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, L.L.C.

_____
EDWARD J. WOMAC, JR. #02195
MATTHEW SUTTON #30084
Edward J. Womac, Jr. & Associates, L.L.C.
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
msutton@edwardwomac.com

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. JUL 2 4 2018 , 20___
BY /s/ Leah M Voisin
Deputy Clerk of Court

**PLEASE SERVE:**

**FAMILY DOLLAR STORES OF LOUISIANA, INC. d/b/a FAMILY DOLLAR**
Through Its Registered Agent for Service of Process
**CORPORATION SERVICE COMPANY**
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**FAMILY DOLLAR STORES OF LOUISIANA, INC. d/b/a FAMILY DOLLAR**
Through Their Store Manager:
5801 West Park Avenue
Houma, Louisiana 70364

FILED

JUL 2 3 2018
/s/ Larke E. Boudwin
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

# CITATION

LORI SIMS

Versus

FAMILY DOLLAR STORES OF LOUISIANA INC, ET AL



Case: 0183463
Division: C
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

*A Resident of East Baton Rouge Parish*

TO: FAMILY DOLLAR STORES OF LOUISIANA INC D/B/A FAMILY DOLLAR
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

YOU ARE HEREBY SUMMONED to comply with the demand of the *Original Petition*, filed on July 23, 2018, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof;

Your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness my hand and official seal this 24th day of July, 2018.

A true copy:

JUL 2 4 2018 , 20____

/s/ Leah M. Voisin
Deputy Clerk of Court
Clerk's Office, Houma, Louisiana

Theresa A. Robichaux, Clerk of Court

BY: /s/ Leah M. Voisin
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same on the said _____<br>IN PERSON in the Parish of _____,<br>LA., at about _____ miles from the courthouse of the said Parish.<br>WHEREOF, I make this my return on this _____ day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br>Parish of _____ | STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same at the domicile of the said _____<br>Situated in the Parish of _____ LA at about _____ miles from the courthouse of the Parish of _____, LA by leaving the said true copies in the hands of _____, a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto.<br>WHEREOF, I make this my return on this _____ day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br>Parish of _____ |

RETURN AND FILED:

_____
_____
Deputy Clerk of Court

Requested By: Mr. Matthew Sutton
3501 Canal Street
New Orleans, LA 70119
(504) 486-9999

FEE:     $_____
MILEAGE: $_____
Total:   $_____

[ SERVICE ]



# Notice of Service of Process

null / ALL
Transmittal Number: 18573050
Date Processed: 08/15/2018

| | |
|---|---|
| Primary Contact: | Alexandra Anable<br>Family Dollar Stores, Inc.<br>10401 Monroe Road<br>Matthews, NC 28105-5349 |
| Electronic copy provided to: | Erin Kerns<br>Patti Ferry<br>Kathryn Smith<br>Cynthia Bertucci |

| | |
|---|---|
| Entity: | Family Dollar Stores of Louisiana, Inc.<br>Entity ID Number  3697588 |
| Entity Served: | Family Dollar Stores of Louisiana Inc d/b/a Family Dollar |
| Title of Action: | Lori Sims vs. Family Dollar Stores of Louisiana Inc d/b/a Family Dollar |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Terrebonne Parish District Court, Louisiana |
| Case/Reference No: | 183463 Div C |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 08/15/2018 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Edward J. Womac Jr<br>504-486-9999 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com